IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ALAN WADE BERGER, #16105179 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv56 |
| F.C.I. WARDEN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motions to proceed *in forma pauperis*.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's motion to proceed *in forma pauperis* (dkt. #2) and amended motion to proceed *in forma pauperis* (dkt. #6) are denied.

**SIGNED this 6th day of July, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE